IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GENERAL LAND OFFICE OF THE STATE OF TEXAS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL., <br><br> Defendants, <br><br> Travis Audubon Society, Texas Ornithological Society, Center for Biological Diversity, and Defenders of Wildlife <br><br> Defendant-Intervenor-Applicants. | Civil No. 1:17-cv-00538-SS |

**ORDER GRANTING DEFENDANT-INTERVENOR'S MOTION FOR INTERVENTION**

On this day, came on to be considered Defendant-Intervenor's Motion for Intervention in the above referenced case. The Court considered the arguments and filed pleadings of counsel for all parties and, based thereon, the Court finds that the motion should be and is hereby **GRANTED**. Defendant-Intervenor shall file its Answer within eleven days of this Order.

Signed on the _____ day of _____, 2017.

_____
Sam Sparks
UNITED STATES DISTRICT JUDGE