IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 APR -6 PM 3:38

| | |
|---|---|
| GENERAL LAND OFFICE OF THE STATE OF TEXAS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al<br><br>Defendants. | No. A-17-CA-00538-SS |

### [~~PROPOSED~~] ORDER

Having reviewed Plaintiff's unopposed motion for extension of time to file its Motion for Summary Judgment and all other filing deadlines by two weeks, the Court finds that it should be GRANTED.

Accordingly, it is ORDERED that the following deadlines will be met:

- Plaintiff shall file its Motion for Summary Judgment, not to exceed 40 pages, on or before May 15, 2018.

- Federal Defendants shall file their combined response and Cross-Motion for Summary judgment, not to exceed 40 pages, on or before June 29, 2018.

- Amici curiae shall file an amicus brief, not to exceed 20 pages, no later than July 6, 2018.

- Plaintiff shall file its combined reply and response to Federal Defendants' Cross-Motion for Summary Judgment, not to exceed 20 pages, on or before August 1, 2018.

- Federal Defendants shall file their reply, not to exceed 10 pages, on or before August 17, 2018.

SO ORDERED on this 6th day of April, 2018.

_____
THE HON. SAM SPARKS
UNITED STATES DISTRICT JUDGE