IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GENERAL LAND OFFICE<br>OF THE STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE<br>SERVICE, et al<br><br>    Defendants. | No. A-17-CA-00538-SS |

**PLAINTIFF'S MOTION TO WITHDRAW AND
SUBSTITUTION OF COUNSEL**

TO THE HONORABLE SAM SPARKS, UNITED STATES DISTRICT JUDGE:

Plaintiff moves the Court for the appearance and substitution of Ryan D. Walters as counsel for the Plaintiff, General Land Office of the State of Texas.  Mr. Walters is admitted to practice before this Court.

Attorney Erin E. Wilcox is no longer associated with Texas Public Policy Foundation.  The attorney now assigned to this case is Ryan D. Walters, Texas Public Policy Foundation, 901 Congress Avenue, Austin, Texas 78701; telephone number (512) 472-2700; fax number (512) 472-2728; email: rwalters@texaspolicy.com.

The Clerk of the Court and all parties will please ensure that from this date forward, copies of all orders or notices and pleadings pertaining to this matter are forwarded to the new counsel for Plaintiff at the above address, and that notices and pleadings no longer be sent to Erin E. Wilcox.

Dated: May 15, 2018                    Respectfully submitted,

ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
THEODORE HADZI-ANTICH
California Bar No. 264663
tha@texaspolicy.com
RYAN D. WALTERS
Texas State Bar No. 24105085
rwalters@texaspolicy.com

By: ___*/s/Ryan D. Walters*___
RYAN D. WALTERS
TEXAS PUBLIC POLICY FOUNDATION
Center for the American Future
901 Congress Avenue
Austin, Texas 78701
Telephone:    (512) 472-2700
Facsimile:    (512) 472-2728

*Attorneys for Plaintiff*
*General Land Office of the State of Texas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

>                             */s/ Ryan D. Walters*
>                             RYAN D. WALTERS