IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GENERAL LAND OFFICE OF THE STATE OF TEXAS,  Plaintiff,  v.  UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*,  Defendants. | No. 1:17-cv-00538-SS |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BY TRAVIS AUDUBON SOCIETY, TEXAS ORNTHILOGICAL SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, AND DEFENDERS OF WILDLIFE**

This Court, having considered the Unopposed Motion for Leave to File an *Amicus Curiae* Brief in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Federal Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment by Travis Audubon Society, Texas Ornithological Society, Center for Biological Diversity, and Defenders of Wildlife (collectively "Travis Audubon"), and for good cause shown, hereby ORDERS that the Motion is GRANTED, and the *amicus curiae* brief of Travis Audubon is admitted into the record.

IT IS SO ORDERED on this ____ day of July, 2018.

                                                                                               _____
                                                                                               HON. SAM SPARKS
                                                                                               UNITED STATES DISTRICT JUDGE