# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| GENERAL LAND OFFICE<br>OF THE STATE OF TEXAS,<br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE<br>SERVICE, et al.,<br>    *Defendants*. | No. A-17-CA-00538-SS |

## JOINT STATUS REPORT

In compliance with the Court's July 6, 2020 Order (Document #88), the parties respectfully submit this joint status report regarding the status of their negotiations on the Plaintiff General Land Office of the State of Texas's Motion for Attorneys' Fees and Costs (Document #85), which the Court deferred ruling on in an order dated April 1, 2020 (Document #87).

The parties have exchanged settlement offers. Although no settlement agreement has yet been reached, the parties continue to pursue settlement negotiations and are hopeful that they will be able to reach a mutually agreeable settlement within the next two months.

Dated: July 20, 2020

Respectfully submitted,

*/s/ Theodore Hadzi-Antich*
ROBERT HENNEKE
rhenneke@texaspolicy.com
THEODORE HADZI-ANTICH
tha@texaspolicy.com
RYAN D. WALTERS
rwalters@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
Center for the American Future
901 Congress Avenue
Austin, Texas 78701
Telephone:    (512) 472-2700

Facsimile:    (512) 472-2728

*Attorneys for Plaintiff*


JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Asst. Section Chief

*/s/ Devon Lea Flanagan*
DEVON LEA FLANAGAN
Trial Attorney
D.C. Bar No. 1022195
Wildlife and Marine Resources Section
Ben Franklin Station
P. O. Box 7611
Washington, D.C.  20044-7611
(202) 305-0201 (tel.)
(202) 305-0275 (fax)
devon.flanagan@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

    */s/ Theodore Hadzi-Antich*
    THEODORE HADZI-ANTICH